IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC 2017 LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-183 (CFC) |
| VUDU, INC., | ) ) ) |
| Defendant. | ) |

**VUDU, INC.'S MOTION TO STAY
PENDING *INTER PARTES* REVIEW**

Defendant Vudu, Inc. ("Vudu") respectfully moves to stay all proceedings in this action until final disposition, including the completion of any appeals, of the *inter partes* review proceedings regarding US Patent No. 8,407,609, one of the two actively litigated patents-in-suit. The grounds for the motion are set forth more fully in Vudu, Inc.'s Opening Brief in Support of its Motion to Stay Pending *Inter Partes* Review, and a proposed order is attached.

WHEREFORE, Vudu requests that the Court enter the attached order staying this litigation.

|  | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|---|---|
|  | */s/ Jeffrey J. Lyons* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Jeffrey J. Lyons (#6437) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE 19899 |
|  | (302) 658-9200 |
| Alyssa Caridis | jblumenfeld@mnat.com |
| Shane D. Anderson | jlyons@mnat.com |
| ORRICK HERRINGTON & SUTCLIFFE LLP |  |
| 777 South Figueroa Street, Suite 3200 | *Attorneys for Defendant* |
| Los Angeles, CA 90017-5855 |  |
| (213) 629 2020 |  |

Lillian J. Mao
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
(650) 614-7400

Clement Roberts
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700

March 10, 2020

## LR 7.1.1 Certification

I hereby certify that counsel for Vudu, Inc. ("Vudu") and Uniloc 2017 LLC ("Uniloc"), including Delaware counsel, verbally met and conferred regarding the subject of the foregoing motion on March 10, 2020. During the March 10 meet and confer, Uniloc informed Vudu that it would not agree to the proposed stay.

*/s/ Jeffrey J. Lyons*
_____
Jeffrey J. Lyons (#6437)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNILOC 2017 LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-cv-183 (CFC) |
| VUDU, INC., | ) ) ) |
| Defendant. | ) ) |

### **[PROPOSED] ORDER**

The Court, having considered Vudu, Inc.'s Motion to Stay Pending *Inter Partes* Review, as well as submissions related thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED. This case is stayed until further order of the Court.

Dated: _____, 2020

_____
UNITED STATES DISTRICT
JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 10, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| M. Elizabeth Day, Esquire<br>David Alberti, Esquire<br>Sal Lim, Esquire<br>Marc Belloli, Esquire<br>Kate E. Hart, Esquire<br>Hong Lin, Esquire<br>Nick Martini, Esquire<br>FEINBERG DAY KRAMER ALBERTI LIM<br>   TONKOVICH & BELLOLI LLP 1600<br>El Camino Real, Suite 280 Menlo<br>Park, CA  94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jeffrey J. Lyons*
_____
Jeffrey J. Lyons (#6437)