# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JEFFREY J. LYONS**
302 351 9390
jlyons@mnat.com

March 11, 2020

The Honorable Colm F. Connolly                                    **VIA E-FILING**
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Uniloc 2017 LLC v. Vudu, Inc.*, C.A. No. 19-183 (CFC)

Dear Judge Connolly:

      I write on behalf of Defendant Vudu, Inc. Vudu yesterday filed a motion to stay this action pending the completion of *inter partes* review proceedings instituted on one of two patents being actively litigated in this case. *See* D.I. 54. The other patent expired in 2017, nearly two years before this case was filed. *See also* D.I. 30 (granting stipulation to stay proceedings with respect to a third patent pending the conclusion of any appeal of Central District of California's decision that the patent is not directed to patentable subject matter). Barring any extensions, briefing on the motion to stay will be completed on March 31, 2020.

      With a *Markman* hearing scheduled for April 8, 2020, to be followed immediately thereafter by a discovery dispute hearing, we thought it prudent to bring the pendency of the motion to stay to the Court's attention well in advance of the April 8 hearings in the event that the Court wishes to deal with the stay motion first.

                                   Respectfully,

                                   */s/ Jeffrey J. Lyons*

                                   Jeffrey J. Lyons (#6437)

cc:    Clerk of the Court
        All Counsel of Record