

March 18, 2020

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

    RE:    *Uniloc 2017 LLC v. Vudu, Inc.*,
                C.A. No. 19-cv-183-CFC

Dear Judge Connolly:

    Plaintiff Uniloc 2017 LLC writes to inform the Court that it will no longer be pursuing its discovery dispute with Vudu, Inc. set to be heard on April 8, 2020 after the *Markman* hearing.

    We are available at the Court's convenience to discuss this matter.

                                          Respectfully submitted,

                                          /s/ Michael J. Farnan

                                          Michael J. Farnan

cc:    Counsel of Record (via E-Mail)