IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNILOC 2017 LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-183 (CFC) |
| | ) | |
| VUDU, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SECOND DECLARATION OF SHANE D. ANDERSON
IN SUPPORT OF DEFENDANT VUDU, INC.'S
MOTION TO STAY PENDING *INTER PARTES* REVIEW**

I, Shane D. Anderson, declare as follows:

1.     I am a managing associate at the law firm of Orrick, Herrington &
Sutcliffe LLP, counsel for Vudu, Inc. ("Vudu") in the above-captioned action.  I
am licensed to practice law in the State of California.

2.     I make this declaration in support of Vudu's Motion to Stay Pending
*Inter Partes* Review.  I have knowledge of the matters stated in this declaration.

3.     Attached hereto as **Exhibit E** is a true and correct screen capture of a
Document Search performed March 20, 2020, on the Docket Navigator database
for all "PTAB Motion for Joinder" documents filed at the "Patent Trial and Appeal
Board."  As this screen capture shows, there are 940 total results.  After excluding
those Motions for Joinder classified as "Denied as moot"—based on the
assumption that they were denied because the original *inter partes* review ("IPR")

was denied or settled—"Denied without prejudice," "Additional briefing ordered," "Ruling deferred," and "Vacated" the applicable number of results is 791.  Of these 791 results, 615 motions were granted.  This is a grant rate of 78% for the examined motions for joinder.

4.      Attached hereto as **Exhibit F** is a true and correct copy of Uniloc's Response to Vudu's First Set of Requests for Production of Documents Nos. 1-29 served March 13, 2020.  As detailed therein Uniloc asserted the same boilerplate objection regarding responses Nos. 1-28 that each request is "untimely."

5.      Attached hereto as **Exhibit G** is a true and correct copy of communications between Uniloc's IPR counsel and myself that took place between February 26, 2020, and March 3, 2020.   These communications show: (1) I contacted Uniloc's counsel on February 26, 2020, to notify Uniloc of Vudu's intent to file an IPR petition regarding the '609 patent and motion for joinder to join Sling's IPR proceeding; (2) I provided Uniloc's IPR counsel with a draft of Vudu's Motion for Joinder on February 28, 2020, (3) I sent four reminder emails to Uniloc's IPR counsel on March 2 and 3, 2020, including three emails informing Uniloc of Vudu's intent to file on March 3, 2020; and (4) the only position Uniloc provided is that it is "still evaluating and will respond in due course if it will oppose."   Furthermore, I attest that on February 27, 2020, I met and conferred telephonically with Brett Mangrum, IPR counsel for Uniloc in IPR2019-01367.

On the call, I informed Uniloc's counsel that Vudu intended to file a copycat IPR petition and seek to join Sling TV's IPR.  I asked for Uniloc's position.  Uniloc's counsel said he would provide Uniloc's position if we provided a draft motion for joinder for review.

6.     I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.


Executed on March 23, 2020

                                                    /s/ Shane D. Anderson
                                                    Shane D. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 23, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| M. Elizabeth Day, Esquire<br>David Alberti, Esquire<br>Sal Lim, Esquire<br>Marc Belloli, Esquire<br>Kate E. Hart, Esquire<br>Hong Lin, Esquire<br>Nick Martini, Esquire<br>FEINBERG DAY KRAMER ALBERTI LIM<br>    TONKOVISH & BELLOLI LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jeffrey J. Lyons*
_____
Jeffrey J. Lyons (#6437)