# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

March 26, 2020

The Honorable Colm F. Connolly  *VIA ELECTRONIC FILING*
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

Re: *Uniloc 2017 LLC v. Vudu, Inc.*, C.A. No. 19-183 (CFC)

Dear Judge Connolly:

In response to Your Honor's March 25, 2020 Oral Order, if the motion to stay is granted, Vudu agrees to be bound by the outcome of the Sling IPR on the validity of the '609 patent on the merits to the same extent that Sling is bound, regardless of whether Vudu's motion for joinder is granted.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bac

cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via electronic mail)